**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

---

**DYLAN MICHAEL SMITH,**
        **Plaintiff,**

        **v.**                                   **Case No. 24-CV-777**

**STONE AND BRICK LLC,**
        **and**
**FATIMA KUMAR**
        **Defendants.**

---

**DISCLOSURE STATEMENT**

---

The undersigned, counsel of record for Dylan Michael Smith, Plaintiff, furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1) States the full name of every party or amicus the attorney represents in the action.

   Dylan Michael Smith

2) Identifies any parent corporation and any publicly held corporation owning 10% or more of its stock.

   Plaintiff is not a corporation.

3) State the names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court.

   Hawks Quindel, S.C.
   Larry A. Johnson, Connor J. Clegg, Timothy P. Maynard and Summer H. Murshid
   5150 N. Port Washington Rd., Ste. 243
   Milwaukee, WI 53217

Dated: June 21, 2024

*s/Larry A. Johnson*

Larry A. Johnson, SBN 1056619
Connor J. Clegg, SBN 1118534
Timothy P. Maynard, SBN 1080953
Summer H. Murshid, SBN 1075404
Attorneys for Plaintiff
Hawks Quindel, S.C.
5150 N. Port Washington Rd., Suite 243
Milwaukee, WI 53217-5470
Telephone: (414) 271-8650
Fax: (414) 607-6079
Email:      ljohnson@hq-law.com
            cclegg@hq-law.com
            tmaynard@hq-law.com
            smurshid@hq-law.com