**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

---

**DYLAN MICHAEL SMITH,**
        **Plaintiff,**

     **v.**                                 **Case No. 24-CV-777**

**STONE AND BRICK LLC,**
     **and**
**FATIMA KUMAR**
        **Defendants.**

---

## CERTIFICATE OF SERVICE

---

I hereby certify that a true and correct copy of the foregoing documents were filed using the CM/ECF system today and a true and correct copy of those documents will be served on the following parties by way of Process Server:

Stone and Brick LLC
4754 W. Abbott Ave.,
Greenfield, WI, 53220.

And

Fatima Kumar
4754 W. Abbott Ave.,
Greenfield, Wisconsin, 53220

      Dated: June 21, 2024

                                   *s/Larry A. Johnson*
                                   Larry A. Johnson, SBN 1056619
                                   Connor J. Clegg, SBN 1118534
                                   Timothy P. Maynard, SBN 1080953
                                   Summer H. Murshid, SBN 1075404
                                   Attorneys for Plaintiff
                                   Hawks Quindel, S.C.

5150 N. Port Washington Rd., Suite 243
Milwaukee, WI 53217-5470
Telephone: (414) 271-8650
Fax: (414) 607-6079
Email:     ljohnson@hq-law.com
           cclegg@hq-law.com
           tmaynard@hq-law.com
           smurshid@hq-law.com