**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

---

**DYLAN SMITH,**
**individually and behalf of**
**those similarly situated,**
     **Plaintiff,**

    **v.**                    **Case No. 24-cv-00777**

**STONE AND BRICK LLC, *et al*.,**
     **Defendants.**

---

**NOTICE OF FILING CONSENT TO JOIN LAWSUIT**

---

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216(b), Plaintiff

hereby file(s) the attached consent form(s) for the following person(s):

1. Amber Leeper

Dated this 18th day of July 2024.

                    Respectfully submitted,

                    **HAWKS QUINDEL S.C.**
                    Attorneys for Plaintiffs

                By: *s/Larry A. Johnson*
                    Larry A. Johnson, SBN 1056619
                    Connor J. Clegg, SBN 1118534
                    Timothy P. Maynard, SBN 1080953
                    Summer H. Murshid, SBN 1075404
                    Attorneys for Plaintiff

                    Hawks Quindel, S.C.
                    5150 N. Port Washington Rd., Suite 243
                    Milwaukee, WI 53217-5470
                    Telephone: (414) 271-8650

Fax: (414) 607-6079
Email:    ljohnson@hq-law.com
        cclegg@hq-law.com
        tmaynard@hq-law.com
        smurshid@hq-law.com