**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

---

**DYLAN MICHAEL SMITH,**
        **Plaintiff,**

        v.                                                          **Case No. 24-cv-00777**

**STONE AND BRICK LLC,**
        **and**
**FATIMA KUMAR**
        **Defendants.**

---

## CERTIFICATE OF SERVICE

---

I hereby certify that a true and correct copy of the foregoing documents were

filed using the CM/ECF system today and a true and correct copy of those documents

will be served on the following parties by way of USPS Mail and Email:

David A. McClurg
Pettit Law Group, S.C.
250 E Wisconsin Ave., Ste 1000
Milwaukee, WI 53202-9885
dmcclurg@pettit-law.com

        Dated: July 18, 2024

                                        *s/Larry A. Johnson*
                                        Larry A. Johnson, SBN 1056619
                                        Connor J. Clegg, SBN 1118534
                                        Timothy P. Maynard, SBN 1080953
                                        Summer H. Murshid, SBN 1075404
                                        Attorneys for Plaintiff
                                        Hawks Quindel, S.C.
                                        5150 N. Port Washington Rd., Suite 243
                                        Milwaukee, WI 53217-5470
                                        Telephone: (414) 271-8650
                                        Fax: (414) 607-6079

Email: ljohnson@hq-law.com
cclegg@hq-law.com
tmaynard@hq-law.com
smurshid@hq-law.com