# UNITED STATES DISTRICT COURT
## MILWAUKEE DISTRICT OF WISCONSIN
### EASTERN DIVISION

DYLAN SMITH,
individually and behalf of
those similarly situated,
      Plaintiff,

    v.                             Case No. 24-cv-00777

STONE AND BRICK LLC, *et al.*,
      Defendants.

## STIPULATED MOTION FOR AN EXTENSION
## OF TIME TO ANSWER AND FOR TOLLING

Plaintiff, by their attorneys, Hawks Quindel S.C., and Defendants, by their attorneys, Pettit Law Group, S.C., (collectively the "Parties") respectfully move the court as follows:

1. Defendants' deadline to answer the complaint is August 9, 2024.

2. The Parties have negotiated a tentative settlement of the claims asserted in this action by Plaintiff Dylan Smith, and opt-in Plaintiff Amber Leeber, and are in the process of finalizing the terms of the Settlement Agreement and Petition for Approval of that Agreement.

3. The Parties agree to and hereby request that the court Order that Defendants' obligation to answer the Complaint will be stayed pending the court's disposition of the anticipated Petition for Approval of the Settlement Agreement reached between the Parties.

4.     The Parties further stipulate and agree to toll the putative FLSA collective action members statutes of limitation pending the court's disposition of the anticipated Petition for Approval of the Settlement Agreement reached by the Parties.

WHEREFORE, the parties respectfully request the Court enter an order staying Defendants' obligation to answer the Complaint and tolling the putative FLSA collective action members statutes of limitation pending the court's disposition of the anticipated Petition for Approval of the Settlement Agreement reached between the parties.

Dated: August 8, 2024

*s/David A. McClurg*
David A. McClurg, SBN 1009730
Attorney for Defendants

Pettit Law Group, S.C.
250 E Wisconsin Ave., Ste 1000
Milwaukee, WI 53202-9885
Telephone: (414) 276-2850
Fax: (414) 276-0731
Email:       dmcclurg@pettit-law.com

*s/Larry A. Johnson*
Larry A. Johnson, SBN 1056619
Connor J. Clegg, SBN 1118534
Timothy P. Maynard, SBN 1080953
Summer H. Murshid, SBN 1075404
Attorneys for Plaintiff

Hawks Quindel, S.C.
5150 N. Port Washington Rd., Suite 243
Milwaukee, WI 53217-5470
Telephone: (414) 271-8650
Fax: (414) 607-6079
Email:       ljohnson@hq-law.com
             cclegg@hq-law.com
             tmaynard@hq-law.com
             smurshid@hq-law.com