**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

_____

**DYLAN SMITH,**
**individually and behalf of**
**those similarly situated,**
            **Plaintiff,**


        **v.**                                        **Case No. 24-cv-00777**


**STONE AND BRICK LLC,** *et al.,*
            **Defendants.**


_____

**NOTICE OF APPEARANCE OF COUNSEL**

_____


        To the clerk of court and all parties of record: I am admitted or otherwise authorized

to practice in this court. I appear in this case as counsel for: Defendants, Stone and Brick,

LLC and Fatima Kumar.


Date:  August 15, 2024

                                Electronically signed by *David A. McClurg*

                                David A. McClurg
                                Pettit Law Group, LLC
                                250 E. Wisconsin Ave., Suite 1000
                                Milwaukee, WI, 53202
                                dmcclurg@pettit-law.com
                                direct:  414.559.7704
                                fax:    414.276.0731