# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Dylan Smith

**Plaintiff(s),**

v.

Case No. 24-CV-00777

Stone & Brick, LLC and Fatima Kumar

**Defendant(s).**

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

This form must be filed with the Clerk of Court within 21 days of receipt. Although choosing to have your case decided by a magistrate judge is optional and refusal will not have adverse substantive consequences, the timely return of this completed form is mandatory.

If you do not consent to a magistrate judge hearing your case, a district judge will hear your case. Aside from cases subject to the Prison Litigation Reform Act, magistrate judges in this district generally play no further role in civil cases pending before district judges and do not issue reports and recommendations.

Magistrate judges do not conduct felony trials, and therefore felony trials do not interfere with scheduling and processing of cases before magistrate judges.

<u>Check one:</u>

[✔] The undersigned attorney of record or pro se litigant **consents** to have Magistrate Judge Nancy Joseph [▼] conduct all proceedings in this case, including a bench or jury trial, and enter final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73(b).

[ ] The undersigned attorney of record or pro se litigant **refuses** to have a magistrate judge enter final judgment in this matter.

Signed this 15th day of August [▼], 2024 .    *David A. McClurg*

(date)   (month)   (year)    Signature of counsel of record or pro se litigant
[ ] Plaintiff / petitioner (attorney or pro se litigant)
[▪] Defendant / respondent (attorney or pro se litigant)
[ ] Other party