**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

---

**DYLAN SMITH,**
**individually and behalf of**
**those similarly situated,**
**Plaintiff,**

**v.**                                              **Case No. 24-cv-00777**

**STONE AND BRICK LLC,** *et al.,*
**Defendants.**

---

## DISCLOSURE STATEMENT

---

The undersigned, counsel for Defendants Stone & Brick, LLC and Fatima Kumar,

furnishes the following information in compliance with Civil L.R. 7.1 and Fed. R.C.P. 7.1:

1.      The full names of the Defendants represented by the law firm of Pettit Law

Group, S.C. are Stone & Brick, LLC, d/b/a Safron, a Wisconsin LLC, and Fatima Kumar

2.      Stone and Brick, LLC has no parent corporation, and none of its members are

publicly traded companies.

Dated this 16th day of August, 2024          PETTIT LAW GROUP, S.C.
                                             Attorneys for Defendants Fatima Kumar
                                             and Stone and Brick, LLC.

                                             Electronically signed by: *David A. McClurg*
                                             David A. McClurg
                                             State Bar No. 1009730

PETRIE + Pettit S.C.
111 E. Wisconsin Avenue, Suite 1500
Milwaukee, WI  53202
PHONE:   (414) 276-2850
FAX:        (414) 276-0731
EMAIL:   dmcclurg@pettit-law.com