**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

---

**DYLAN SMITH,**
**individually and behalf of**
**those similarly situated,**
             **Plaintiff,**


       v.                                    **Case No. 24-cv-00777**

**STONE AND BRICK LLC,** *et al.*,
             **Defendants.**

---

**NOTICE OF FILING CONSENT TO JOIN LAWSUIT**

---

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216(b), Plaintiff

hereby file(s) the attached consent form(s) for the following person(s):

1.  Naptswan Boonkon

2.  Hannah Bessenecker

Dated this 16th day of August 2024.

                          Respectfully submitted,

                          **HAWKS QUINDEL S.C.**
                          Attorneys for Plaintiffs


                          By: *s/Larry A. Johnson*
                              Larry A. Johnson, SBN 1056619
                              Connor J. Clegg, SBN 1118534
                              Timothy P. Maynard, SBN 1080953
                              Summer H. Murshid, SBN 1075404
                              Attorneys for Plaintiff

                              Hawks Quindel, S.C.
                              5150 N. Port Washington Rd., Suite 243

Milwaukee, WI 53217-5470
Telephone: (414) 271-8650
Fax: (414) 607-6079
Email:      ljohnson@hq-law.com
            cclegg@hq-law.com
            tmaynard@hq-law.com
            smurshid@hq-law.com