# CONSENT FORM

I hereby consent to make a claim against Stone and Brick LLC d/b/a Saffron and Fatima Kumar, for unpaid wages and improperly retain tips. At times during the past three years, I worked as a server at Stone and Brick LLC d/b/a Saffron and for Fatima Kumar, and there were workweeks in which I did not receive minimum wages for all hours worked and during which my tips were improperly retained by Stone and Brick LLC d/b/a Saffron and Fatima Kumar.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name. If this case does not proceed collectively, I consent to join any subsequent action to assert these claims against Stone and Brick LLC d/b/a Saffron and for Fatima Kumar, along with any other related entities of individuals who worked at Saffron. Further, I hereby designate Named Plaintiff Dylan Smith to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiffs' Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit.

_____
Signature

08 / 08 / 2024
_____
Date

Hannah Bessenecker
_____
Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Larry A. Johnson
5150 N. Port Washington Rd.
Suite 243
Milwaukee, WI 53217
Telephone: (414) 271-8650
Fax: (414) 207-6079
Email: ljohnson@hq-law.com
www.hq-law.com

Doc ID: ffb7da920bca42dc1fbb7db7bd0943299a01f94d