## UNITED STATES DISTRICT COURT
## MILWAUKEE DISTRICT OF WISCONSIN
## EASTERN DIVISION

DYLAN SMITH,
individually and behalf of
those similarly situated,
      Plaintiff,

v.

STONE AND BRICK LLC, *et al.*,
      Defendants.

Case No. 24-cv-00777

## DECLARATION OF DAVID A. McCLURG

David A. McClurg, being first sworn and on oath declares as follows:

1. I am one of the attorneys representing the Defendants in the above referenced action.

2. I was retained by Defendants shortly after they were served with the Complaint, and immediately reached out to Plaintiff's Counsel to discuss early resolution.

3. Counsel for Plaintiffs joined me in requesting that Defendants be granted additional time to answer while the Parties negotiated a settlement. During this period, Defendants provided Plaintiff with the time and payroll records for Plaintiff and each of the Collective Members - Ms. Leeper, Ms. Bessenecker, and Ms. Boonkon, and submitted settlement offers for each of those individuals.

4. This data allowed the evaluation of the amount of allegedly invalid tip credits taken by Defendants and the amount of tip-outs that were allegedly recoverable by Plaintiffs based on their allegation that Defendants were operating an invalid tip pool. This data demonstrated that Defendants' settlement offers equaled the amount of potential damages alleged to be due to Plaintiff and the Collective Members.

5. After submission of the above mentioned payroll records, Plaintiff's Counsel and I negotiated over the terms of the settlement agreement, along with the form and content of the other documents necessary to obtain court approval of the Settlement Agreement.

6. These negotiations resulted in a Settlement Agreement that I believe to be a fair, reasonable, and adequate resolution of disputed issues, and I join Plaintiff's counsel in seeking court approval of this Agreement as further proceedings would only serve to increase attorneys' fees and waste the Parties' and Judicial resources.

7. Plaintiff's counsel and I are experienced in litigating wage and hour lawsuits under the FLSA and Wisconsin law, and engaged in arms-length, good faith settlement negotiations in light of the disputed issues remaining to be resolved, the expense of continued litigation, and the inherent risks of litigation.

David A. McClurg

Subscribed and sworn to before me
this 17th day of August, 2024.

Edith Barajas

Notary Public, State of Wisconsin

My commission 2/23/27