**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

---

**DYLAN SMITH,**
**individually and behalf of**
**those similarly situated,**
 **Plaintiff,**

 v. **Case No. 24-cv-00777**

**STONE AND BRICK LLC,** *et al.***,**
 **Defendants.**

---

**STIPULATED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**
**AND PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES.**

---

Pursuant to Fed. R. Civ. P. 7(b) and Civ. L. R. 7, the Parties, by their undersigned counsel, hereby respectfully move the Court for an Order to approve their Settlement Agreement (attached as Exhibit 1) and administratively close this matter pending settlement payment and subsequent dismissal by the Parties. Plaintiff further moves the Court for an award of attorneys' fees and costs as provided in the Settlement Agreement. In order for a private settlement of FLSA claims to be enforceable, the settlement must be approved by the Department of Labor or a district court. *See, e.g., Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986). Therefore, the Parties respectfully request the Court grant this motion for approval and for fees and enter the proposed order filed contemporaneously with this motion.

Dated: August 19, 2024

*s/David A. McClurg*
David A. McClurg, SBN 1009730
Attorney for Defendants

Pettit Law Group, S.C.
250 E Wisconsin Ave., Ste 1000
Milwaukee, WI 53202-9885
Telephone: (414) 276-2850
Fax: (414) 276-0731
Email:        dmcclurg@pettit-law.com

*s/Larry A. Johnson*
Larry A. Johnson, SBN 1056619
Connor J. Clegg, SBN 1118534
Timothy P. Maynard, SBN 1080953
Summer H. Murshid, SBN 1075404
Attorneys for Plaintiff

Hawks Quindel, S.C.
5150 N. Port Washington Rd., Suite 243
Milwaukee, WI 53217-5470
Telephone: (414) 271-8650
Fax: (414) 607-6079
Email:        ljohnson@hq-law.com
              cclegg@hq-law.com
              tmaynard@hq-law.com
              smurshid@hq-law.com