**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

---

**DYLAN SMITH,**
**individually and behalf of**
**those similarly situated,**
        **Plaintiff,**

        **v.**                                    **Case No. 24-cv-00777**

**STONE AND BRICK LLC,** *et al.,*
        **Defendants.**

---

**ORDER GRANTING APPROVAL OF SETTLEMENT AND APPROVAL OF PLAINTIFF'S MOTION FOR ATTORNEYS FEES**

---

IT IS HEREBY ORDERED:

1.  The Court, finding that the Parties' settlement is fair and reasonable, hereby approves, in its entirety, the Settlement Agreement and finds that the Settlement Agreement meets the requirements of federal law, relevant Wisconsin law, and due process.

2.  The Court finds that the settlement terms negotiated by the Parties and described in the Settlement Agreement are a fair and reasonable resolution of a bona fide dispute between Defendants, Dylan Smith, and Amber Leeper, Hannah Bessenecker, and Napatsawan Boonkon (the "Collective Members");

3.  Defendants shall pay the amount of a total of $65,523.65 as set forth in the Settlement Agreement;

4. Defendants will pay Dylan Smith $20,232.44 as set forth in the Settlement Agreement;

5. Defendants will pay Hannah Bessenecker $5,446.48 as set forth in the Settlement Agreement;

6. Defendants will pay Amber Leeper $6,354.84 as set forth in the Settlement Agreement;

7. Defendants will pay Napatsawan Boonkon $11,648.68 as set forth in the Settlement Agreement;

8. The Court, having reviewed Plaintiff's Petition for Attorneys' Fees and Costs, finds that the request for one-third of the settlement fund plus costs is fair and reasonable and therefore awards Hawks Quindel, S.C. $21,841.21 in fees and costs;

9. This case is administratively closed pending Defendants making payments as set forth in the settlement agreement and Plaintiff shall, within 14 days of receiving the payments provided for in the settlement agreement, file a motion to dismiss this matter with prejudice and without further costs to either party. The Court shall retain jurisdiction over this matter to the extent it is necessary to enforce the Parties' settlement.

SO ORDERED at Milwaukee, Wisconsin, this __ day of ____, 2024.

BY THE COURT:

_____

2