**UNITED STATES DISTRICT COURT**
**MILWAUKEE DISTRICT OF WISCONSIN**
**EASTERN DIVISION**

DYLAN SMITH,
individually and behalf of
those similarly situated,
     Plaintiff,

    v.                         **Case No. 24-cv-00777**

STONE AND BRICK LLC, *et al.*,
     Defendants.

## STIPULATED MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties' Settlement Agreement, and the Court's August 23, 2024 Order, the Parties by their undersigned counsel, hereby notify the Court that Defendants have made the payments provided for in the Settlement Agreement. The Parties therefore respectfully move the Court for dismissal of this action with prejudice and without additional attorneys' fees or costs to either party.

Dated: October 1, 2024

<table>
<tr>
<td><i>s/David A. McClurg</i><br>David A. McClurg, SBN 1009730<br>Attorney for Defendants<br><br>Pettit Law Group, S.C.<br>250 E Wisconsin Ave., Ste 1000<br>Milwaukee, WI 53202-9885<br>Telephone: (414) 276-2850<br>Fax: (414) 276-0731<br>Email:     dmcclurg@pettit-law.com</td>
<td><i>s/Larry A. Johnson</i><br>Larry A. Johnson, SBN 1056619<br>Connor J. Clegg, SBN 1118534<br>Timothy P. Maynard, SBN 1080953<br>Summer H. Murshid, SBN 1075404<br>Attorneys for Plaintiff<br><br>Hawks Quindel, S.C.<br>5150 N. Port Washington Rd., Suite 243<br>Milwaukee, WI 53217-5470<br>Telephone: (414) 271-8650</td>
</tr>
</table>

Fax: (414) 607-6079
Email:       ljohnson@hq-law.com
             cclegg@hq-law.com
             tmaynard@hq-law.com
             smurshid@hq-law.com